

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS CHARLES DANIELS
        Plaintiff,

v.

ROBERT AYERS (SAN QUENTIN WARDEN)
        Defendant.
_____/

CV 08 2934

CASE NO.

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

SI

E-filing

(PR)

I, __LOUIS CHARLES DANIELS__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes _X_  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$ 19.00__    Net: __$ 19.00__

Employer: __SAN QUENTIN STATE PRISON HOBBY SHOP PORTER__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____
_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or    Yes ___ No _X_
        self employment

    b.    Income from stocks, bonds,    Yes ___ No _X_
        or royalties?

    c.    Rent payments?    Yes ___ No _X_

    d.    Pensions, annuities, or    Yes ___ No _X_
life insurance payments?

    e.    Federal or State welfare payments,    Yes ___ No _X_
Social Security or other government source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:

$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.    Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $ _____

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___   No _X_

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ___  No ___  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___  No _X_

_____

8.  What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-28-08
DATE

_Louis Charles David_
SIGNATURE OF APPLICANT

Case Number:_____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

B82157

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Louis Charles Daniels___ for the last six months at
[prisoner name]

___San Quentin State Prison___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: 6-3-08      _____/s/ Harry Ward_____
                   Authorized officer of the institution

5

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/03/08
                                                                     PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 03, 2008 THRU JUN. 03, 2008

ACCOUNT NUMBER  : B82157                    BED/CELL NUMBER: N 1 0000000018L
ACCOUNT NAME    : DANIELS, LOUIS CHARLES    ACCOUNT TYPE:   I
PRIVILEGE GROUP : A

                          TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

  DATE      HOLD
  PLACED    CODE   DESCRIPTION                          COMMENT      HOLD AMOUNT
  04/25/2008 H119  ARTIFICIAL APPLIANCE HOLD            4210ARTAPP        355.58

                          TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL       TOTAL         CURRENT     HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
   --------     --------    -----------   -------     -------     ------------
     0.00         0.00         0.00         0.00      355.58         0.00

                                                      CURRENT
                                                      AVAILABLE
                                                      BALANCE
                                                      ---------
                                                       355.58-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-3-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

LOUIS DANIELS 1/N/18-L
CSP S.Q.
P.O. Box B-82157
San Quentin Ca. 94974

Clerk Of The Federal District
Court For The Northern
District Of California
450 Golden Gate Ave.,
San Francisco, Ca. 94102