UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS DANIELS, | No. C 08-2934 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ROBERT AYERS, JR., | |
| Respondent. | |

Respondent has filed an ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Denise Yates, the court GRANTS respondent's request. (Docket # 4.) Respondent must file and serve his response no later than **August 28, 2009.** Petitioner must file and serve his traverse no later than **October 2, 2009.**

IT IS SO ORDERED.

DATED: July 2, 2009

SUSAN ILLSTON
United States District Judge