UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOUIS CHARLES DANIELS,

    Plaintiff,

v.

ROBERT AYERS et al,

    Defendant.
_____/

Case Number: CV08-02934 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Charles Daniels B-82157
San Quentin State Prison
1/N/18-L
San Quentin, CA 94974

Dated: March 10, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk